UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VIKKI HANKINS,

                          Plaintiff,

-vs-                                        Case No. 6:08-cv-1935-Orl-28GJK

HLC HOTELS MANAGEMENT OF
MASTER'S INN, CHARLES ROBERTS,
JON WONG, EDWARD WHITE,

                          Defendants.
_____

## ORDER

This case is before the Court on Plaintiff's Application to Proceed without Prepayment of Fees and Affidavit (Doc. No. 2) filed November 14, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be denied and the Plaintiff's Complaint be dismissed without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed November 20, 2008 (Doc. No. 5) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Application to Proceed without Prepayment of Fees and Affidavit (Doc. No. 2) is **DENIED**.

    3.    Plaintiff's Complaint is dismissed without prejudice.

4,   Plaintiff shall have eleven (11) days from the date of this Order to file an amended complaint that complies with the Federal Rules of Civil Procedure and the Local Rules of the Middle District of Florida, and corrects the deficiencies outlined in the Report and Recommendation (Doc. No. 5).

5.   Failure by the Plaintiff to file an amended complaint as allowed in paragraph 4 above, will result in the closing of this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___10___ day of December, 2008.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party